Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff
Wayne C. Calhoun

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE C. CALHOUN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 09-8552 E<br><br>[PROPOSED] ORDER OF DISMISSAL |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter with prejudice, each party to bear its own fees, costs, and expenses.

DATE: 5/7/10

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-